STRIGHT SEWAGE DISPOSAL COMPANY, INC. *v.*
PETER P. OGILVIE ET AL.
(12677)

O'CONNELL, SCHALLER and SPEAR, Js.

Argued September 14—decision released October 4, 1994

*Frank W. LiVolsi, Jr.,* for the appellant-appellee (plaintiff).

*Ridgely W. Brown,* with whom, on the brief, was *Benjamin E. Gershberg,* for the appellees-appellants (named defendant et al.).

PER CURIAM. The judgment is affirmed.